

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P# 3899593-BL

**TO:** <u>Honorable Richard J. Sullivan</u>
U.S Circuit Judge

**FROM:** <u>Bridget Lacy</u>
Administrative Services Supervisor

Re: <u>Marcellus Cutler</u>
Dkt No.: 1:17CR00495-7

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor.  Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response, along with the **original probation form 22** to our office at **500 Pearl Street, 6th floor and by email**, so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Bridget Lacy
Administrative Services Supervisor
917-418-5761

Prepared By:

Veronica Pena

DATE: May 31, 2022

NY 201(d)



## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Richard J. Sullivan<br>U.S Circuit Judge | OFFENSE: CONSPIRACY TO DISTRIBUTE AND POSSESS TO DISTRIBUTE HEROIN-In violation of 21 U.S.C 841 (b)(1)(C), a Class C Felony. |
| FROM: | Bridget Lacy<br>Administrative Services Supervisor | ORIGINAL SENTENCE: 60 Months' Bureau of Prisons; 60 Months' Supervised Release, $100.00 Special Assessment. |
| | | SPECIAL CONDITIONS: Drug testing treatment program, financial disclosure, mental health medications, mental health treatment, no new debt/credit, search/seizure. |
| RE: | Marcellus Cutler<br>Docket # 1:17CR00495-7 | AUSA: Michael D. Neff/Elizabeth A. Hanft<br>DEFENSE COUNSEL: Karloff C. Commissiong, Adams & Commissiong LLP<br>MED: 2/8/2026 |

DATE OF SENTENCE: April 18, 2019

DATE: May 31, 2022

ATTACHMENTS:   ☒ PSI        ☒ JUDGMENT        ☐ PREVIOUS REPORTS

REQUEST FOR:   COURT DIRECTION

---

### TRANSFER OF JURISDICTION

Reference is made to the above-noted individual who was sentenced before Your Honor on April 18, 2019. Mr. Cutler commenced his term of supervised release in the District of New Jersey, based upon his residence in their jurisdiction. He is currently being supervised by U.S. Probation Officer Amy Capozzolo.

The Probation Department respectfully recommends that a transfer of jurisdiction be initiated on this case, as per District of New Jersey's request. A judicial response page and Probation 22 form is attached for Your Honor's endorsement.

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Marcellus Cutler's supervision from the Southern District of New York to the District of New Jersey,**

| | | |
|---|---|---|
| Marcellus Cutler | 3 | 3899593 - BL |

Docket Number: 1:17CR00495-7

**the sealed records of the Court in the above-styled matter relating to Marcellus Cutler are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district.**

We stand ready to execute the orders of the Court and have attached a response page to facilitate Your Honor's reply

                                                Respectfully submitted,
                                                Michael Fitzpatrick
                                                Chief U.S. Probation Officer

                                     by   *Bridget Lacy*
                                                Bridget Lacy
                                                Administrative Services Supervisor
                                                917-418-5761

Approved By:

| | |
|---|---|
| Veronica Pena | May 31, 2022 |
| | Date |

Marcellus Cutler          4                                    3899593 - BL
Docket Number: 1:17CR00495-7



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[✓]     Transfer of Jurisdiction to the District of New Jersey APPROVED


[ ]     Transfer of Jurisdiction to the District of New Jersey DENIED


[ ]     Other

_____
_____
_____
_____


                                                    _____
                                                    Honorable Richard J. Sullivan
                                                    U.S Circuit Judge
                                                    _____5/31/22_____
                                                    Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:17CR00495-7 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Marcellus Cutler | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Richard J. Sullivan | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/9/2021 | TO 2/8/2026 |

OFFENSE

CONSPIRACY TO DISTRIBUTE AND POSSESS TO DISTRIBUTE HEROIN-In violation of 21 U.S.C 841 (b)(1)(C), a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_5/31/22_
*Date*

_/s/ R. Sullivan_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*